Chayla Lesley Madsen, et. al., Plaintiff(s)
vs.
The United States of America, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 162843-0003

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Office of the US Attorney, USDC - Western Texas
Court Case No. 3:22-cv-00276 DCG

**PROVOST & UMPHREY**
Ms. Brittany Copeland
350 Pine Street
Suite 1100
Beaumont, TX  77701

State of: _TEXAS_ ) ss.
County of: _BEXAR_ )

Name of Server: _SADDI A. FRAZIER_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _16TH_ day of _AUGUST_, 20 _22_, at _9:58_ o'clock _A_ M

Place of Service: at 601 NW Loop 410, Suite 600, in San Antonio, TX 78216

Documents Served: the undersigned served the documents described as:
**Summons and Complaint and Civil Cover Sheet**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Office of the US Attorney, USDC - Western Texas**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: _JOANIE MIRELEZ, DESIGNATED AGENT FOR SERVICE OF PROCESS_

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex _F_ ; Skin Color _WHITE_ ; Hair Color _BLACK_ ; Facial Hair _N/A_
Approx. Age _30_ ; Approx. Height _5'8"_ ; Approx. Weight _130 LBS_

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this _16TH_ day of _AUGUST_, 20 _22_

_10/2/2024_ (Commission Expires)

Notary Public

APS International, Ltd.

ANTHONY DEUCE LOPEZ
Notary Public, State of Texas
Comm. Expires 10-02-2024
Notary ID 132708658